UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VINCENT J. RHODES
and DIANA RHODES,

    Plaintiffs,

v.                                        Case No: 2:14-cv-561-FtM-29CM

LAZY FLAMINGO 2, INC.,

    Defendant.
_____/

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs Vincent Rhodes and Diana Rhodes hereby move this Court for a protective order concerning Defendant's payment of Plaintiffs' expert witnesses for their deposition testimony.

The facts of this matter are set forth in the Affidavit of Elliot L. Olsen regarding Expert Expenses and Protective order.

Plaintiffs seek an Order of this Court for the following:

1. Requiring Defendant to agree to pay for reasonable preparation and travel time of Plaintiffs' experts, Dr. James Oliver and Dr. Gary Rodrick.

1

    2.  Permitting Plaintiffs to produce Dr. Rodrick at a time after August 4, 2015 when an agreement has been reached concerning payment of expert expenses.

Dated:   August 3, 2015

                                    Respectfully submitted,

                                    EQUELS LAW FIRM
                                    JUDSON H. ORRICK
                                    Florida Bar # 872430
                                    660 East Jefferson Street
                                    Tallahassee, Florida 32301
                                    (850) 222-2900
                                    (850) 222-2933 facsimile
                                    jorrick@equelslaw.com

       and

                                    PRITZKER OLSEN, P.A.
                                      *s/ Elliot L. Olsen*
                                    ELLIOT L. OLSEN
                                    Minnesota Bar #0203750
                                    *Admitted Pro Hac Vice*
                                    2950 Plaza Seven
                                    45 South 7th Street
                                    Minneapolis, MN 55402
                                    (612) 338-0202 (T)
                                    (612) 338-0104 (F)
                                    elliot@pritzkerlaw.com